1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS JULIAN GUTIERREZ ORTIZ, an individual, and on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>ARBORWORKS, LLC, a California Limited Liability Company; ARBORWORKS, INC.; and DOES 1 through 100,<br><br>　　Defendants. | Case No.:  1:23-cv-00578-ADA-SKO<br><br>*[Removed from Tulare Superior Court Case No.: VCU295630]*<br><br>**ORDER STAYING ACTION PENDING A RULING ON CLASS CERTIFICATION OF PRIOR FILED ACTION AND VACATING OCTOBER 24, 2023, SCHEDULING CONFERENCE**<br><br>Complaint Filed: February 10, 2023 |

# **ORDER**

Pursuant to the stipulation of the parties (Doc. 9), and for good cause shown, the Court orders as follows:

1. This action is stayed pending a ruling on class certification in the prior filed action <u>Ramon Tovar Gonzalez v. Arborworks, LLC</u>, No. 1:22-cv-01030-ADA-SKO;
2. The October 24, 2023, Scheduling Conference is vacated; and
3. Within 14 days of the ruling on class certification in the prior filed action, the parties are directed to file a joint status report, stating whether they wish to lift or extend the stay, and if necessary, to request a Scheduling Conference for this action.

IT IS SO ORDERED.

Dated:  **October 19, 2023**              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE