1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JESUS JULIAN GUTIERREZ ORTIZ,<br><br>Plaintiff,<br><br>v.<br><br>ARBORWORKS, LLC, et al.,<br><br>Defendants. | No. 1:23-cv-00578-KES-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 13) |
|---|---|

On August 25, 2025, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 13.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **August 26, 2025**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE